IN The UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF Florida.
JACKSONVille Division

ANThony L. COOPER,        CASE NO.:
INJUNCTIONER, PETITIONER.   #3:17 CV 103 J 34 PDB
VS.
JACKSONVille          "PETITIONER"
Sheriff office       Emergency
TRANSPORT Dept.   INJUNTIVE - Relief.
Respondit.

FILED
2017 JAN 27 PM 12:3[?]
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIST[...]

Come(s) NOW The (INJUNCTIONER) PETITIONER
NOW (moves) This Hon. COURT PURSUANT TO
Fed. R. CIV. P. -(INJUCTIVE - Relief) IN-
Regards TO The (Administrators) And
(Docters) OF (FLA. STATE Hospt.) P.O.
Box #1000 CHATTAhoochee, FLA. HAVe
NOW (Tested) AnThony L. Cooper, PATIENT. And
He (PAST) The (COMPETENT-TEST) And He
THAT He should Be (TRANSported) By the
→1). JACKSONVille Sheriff offices, 501 E. BAY, ST.
JAX, FLA. BACK TO Them As (Docters) HAVe NOW
SENT mailed (A) (Competent-Report) BACK
TO Hon. JUDge MR. STEVEN Whittington, SOThat
He should (order) COURT-order. The Above
Sheriff office OF JAX, FLA. TO go pick-
UP AnThony L. Cooper, FROM (FLA. STATE Hospt)
And Bring HIm BACK TO DUVAL COUNTY. TO
Awaite (COURT-HEARING) IN The GRAND THEFT.
CASE CRIME. The (INJUNCTIONER) Life is indanger
TO Be killed murdered AT HANDS OF The
→2). FLA. STATE Hospt. Agnts. (STAFF). Employee(s). I re
QUEST. This COURT TO NOTIFY JUDge Whittington & JAX. Sheriff OFFices.

Respectfully submitted
By: X Anthony R. Cooper
    Anthony L. Cooper (Injunctioner)